United States District Court
Southern District of Texas
**ENTERED**
July 01, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:20-CV-02302 |
| 8740 SPENCER HIGHWAY LP, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed June 30, 2021, it is hereby ORDERED that this entire action, including all claims that were or could have been asserted, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on July 1, 2021.

~~FRANCES H. STACY~~ Andrew Hanen
UNITED STATES DISTRICT JUDGE